UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS ROMIOUS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-3033 |
| BROOKS AND ASSOCIATES, INC., ET AL | SECTION "B"(5) |

**ORDER AND REASONS**

After the Plaintiff's failure to respond to the Rule to Show Cause of this Court, **IT IS ORDERED** that the captioned matter is **DISMISSED** with prejudice.

Per Order of this Court dated December 22, 2011, (Rec. Doc. No. 6), Plaintiff Carlos Romious was ordered to show cause in writing no later than January 23, 2012, why this matter should not be dismissed under <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), <u>Lockett v. New Orleans City</u>, 607 F.3d 992 (5th Cir. 2010), <u>Widner v. Aquilar,</u> 398 Fed. Appx. 976 (5th Cir. 2010), and <u>Connors v. Graves</u>, 538 F.3d 373 (5th Cir. 2008), as duplicative of other cases pending in this Court and involving claims that are pending in local court. Romious was warned in that Order that failure to comply would lead to dismissal of his case without further notice.

A review of the record in this matter indicates that Plaintiff did not respond to the Order. Accordingly, due to Plaintiff's failure to respond to a court directive and failure to show legal cause for non-dismissal of his claims,

**IT IS ORDERED** that the captioned action is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 3rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE