UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLOS ROMIOUS, ET AL.                              CIVIL ACTION

VERSUS                                              NO. 11-3033

BROOKS & ASSOCIATES, INC., ET AL.                   SECTION "B"(5)

## ORDER

Considering the foregoing Request to Recall and Set Aside Order of Dismissal and Request for Additional Time up to April 15, 2012, to Respond to Court's Rule to Show Cause, and Request for Additional Time to Respond to the Court's RICO Standing Order (Rec. Doc. No. 53 & 54), all filed on the same date,

**IT IS ORDERED** that the Motions are is **DENIED** for failure to show good cause and for the futility of proceeding further with the instant claims.

New Orleans, Louisiana, this 21st day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE